USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SHARON HAWKINS, *derivatively on behalf of*
*MEDAPPROACH, L.P., and individually,*

                                                Plaintiff,        1:13-cv-05434 (ALC)

         -against-                             **ORDER**

MEDAPPROACH HOLDINGS, INC., ET AL.,

                                             Defendants.    x
---------------------------------------------------------------

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' letters dated December 30, 2019 and January 3, 2020. *See* ECF Nos. 258, 262. Defendants are **GRANTED** leave to respond to portions of Plaintiff's Response to Defendants' Counter-Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, *See* ECF No. 253, that they allege raise new issues or arguments. Such a response shall be submitted to the Court on or before **January 17, 2020**.

**SO ORDERED.**
Dated:   January 7, 2020
            New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**