**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**HAWKINS,** *derivatively on behalf of MedApproach, L.P. and individually*,

                          **Plaintiffs,**

    -against-

**MEDAPPROACH HOLDINGS, INC., ET AL.,**

                          **Defendants.**

------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/14/2020

1:13-cv-05434-ALC-SDA

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Parties are hereby ORDERED to submit a joint status report to the Court on or before August 26, 2020 indicating how they would like to proceed with the remainder of the claim.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **August 14, 2020**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**