```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
HAWKINS, derivatively on behalf of MedApproach,    :
L.P. and individually,                              :
                                                    :
                              Plaintiffs,           :    1:13-cv-05434-ALC-SDA
                                                    :
         -against-                                  :    ORDER
                                                    :
MEDAPPROACH HOLDINGS, INC., ET AL.,                 :
                                                    :
                              Defendants.           :
------------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _8/31/2020_____

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' joint status report. ECF No. 278. That report indicates that "Plaintiff intends to proceed to a jury trial of the remaining claim" and "Defendants do not consent to trial by jury." ECF No. 278. The Parties are hereby ORDERED to submit a joint letter explaining the bases for their respective positions as to how to proceed in this matter by September 25, 2020.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **August 31, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**