```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/1/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
    :
  **HAWKINS,**    :
    :
                            **Plaintiff,**    :    13-cv-05434 (ALC) (SDA)
      -against-    :
    :
  **MEDAPPROACH HOLDINGS, INC., ET**    :    **ORDER**
  **AL,**    :
    :
                      **Defendants.**    :
    :
-------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' Joint Letter. ECF No. 280. The Court hereby sets a briefing schedule for a motion by Defendants to strike Plaintiff's jury demand. The Parties are directed to comply with the following schedule:

        Defendants' Motion: December 23, 2020

        Plaintiff's Opposition: January 13, 2021

        Defendants' Reply: January 20, 2021

**SO ORDERED.**

**Dated: December 1, 2020**
       **New York, New York**                  _____
                                                              **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**