

Jeffrey A. Simes
212.813.8879
jsimes@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

March 22, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __March 25, 2022__

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:     **Hawkins v. MedApproach Holdings, Inc., et al., Civil Action No. 13-cv-5434**

Dear Judge Carter:

We represent Defendants in the above-captioned matter, which has a trial scheduled before the Court on April 25, 2022 at 10:00 a.m.  The parties reserved three days for trial.

Due to a few travel-related challenges, we respectfully request that the Court adjourn the trial currently scheduled to start on April 25, 2022 by one day to April 26, 2022.  The parties do not anticipate the trial to take any longer than two days.  There have been no previous requests to adjourn the trial.  Scott Thompson, counsel for Plaintiff, has informed us that he consents to the requested adjournment.

Respectfully submitted,

*Jeffrey Simes*

Jeffrey A. Simes

cc:     R. Scott Thompson, Esq., counsel for Plaintiff (via ECF)

        **The trial is ADJOURNED to April 27, 2022 at 10:00am ET.**

        SO ORDERED:
        */s/ Andrew L. Carter*
        HON. ANDREW L. CARTER, JR.
        UNITED STATES DISTRICT JUDGE

        **Dated**: March 25, 2022