**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
     **SHARON HAWKINS,**

                      **Plaintiff,**

            -against-

     **MEDAPPROACH HOLDINGS, INC., ET AL,**

                      **Defendants.**
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _4/15/2022_

1:13-cv-05434 (ALC) (SDA)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It has come to the Court's attention that the parties may need clarification regarding the Court's instructions on pre-trial submissions. The parties are directed to file a joint letter, not to exceed 5 pages, setting forth any areas of which they need clarification no later than close of business on **April 18, 2022**.

**SO ORDERED.**

Dated:  **April 15, 2022**
           New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**