UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
**SHARON HAWKINS,** :
:
                      **Plaintiff,** :    1:13-cv-05434 (ALC) (SDA)
     -against- :
:     **ORDER**
**MEDAPPROACH HOLDINGS, INC., ET AL,** :
:
                      **Defendants.** :
:
-----------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

     In response to the parties' request for clarification of pre-trial and trial submissions, the Court directs the parties as follows.

     The Court affirms the parties' understanding of Individual Practices 4-D as laid out in their joint letter at Dkt. 307, p.1. The Court also grants the parties' request to file copies of handwritten signatures instead of original signatures for affidavits of direct testimony for each trial witness. The parties' questions about the Court's preferred trial practices are addressed in sequence below.

The Court directs the parties to provide separate binders of exhibits specific to each witness examination.

The parties should not submit additional opening statements, and offering counsel does not need to announce each witness for examination. Defendants are not required to make motions for a directed verdict following cross-examination.

On April 27, the trial should begin at 9:30am and continue until 4:45pm, with a lunch break between 1:00pm and 2:00pm. There will also be two 10-minute breaks, one in the morning and one in the afternoon.

On April 28, the trial should begin at 9:30am and continue until 4:45pm, with a lunch break between 2:00pm and 3:00pm, and a similar break schedule as the prior day.

On April 29, the trial schedule will be the same as the schedule on April 27.

**SO ORDERED.**

**Dated: April 19, 2022**
       **New York, New York**
                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**