**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
                                         :

   **SHARON HAWKINS,**                    :

                          **Plaintiff,**     :     **1:13-cv-05434 (ALC) (SDA)**

           **-against-**                 :

                                           :     **ORDER**

   **MEDAPPROACH HOLDINGS, INC., ET**   :
   **AL,**                                    :

                                         :

                        **Defendants.**    :

                                         :

-----------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

       In response to the Plaintiffs' letter at Dkt. 312, the Court directs the parties to appear on May 18, 2022 at 10:00am to continue the bench trial.

**SO ORDERED.**

**Dated:  May 10, 2022**
       **New York, New York**                                  _____

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**