UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

SHARON HAWKINS, derivatively on behalf of :
MEDAPPROACH, L.P. and individually, :
:
                                 Plaintiff, :       1:13-cv-5434 (ALC) (SDA)
    -against- :
:       **TELEPHONE**
MEDAPPROACH HOLDINGS, INC., and W. :       **CONFERENCE ORDER**
BRADLEY DANIEL, :
                                Defendants, :
    -and- :
:
MEDAPPROACH, L.P., :
:
                        Nominal Defendant. :

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      The Court will hold a telephone conference in this case on February 27, 2023 at 11:00 A.M. Eastern Time. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660).

**SO ORDERED.**

**Dated:**     **New York, New York**
              **February 21, 2023**

                                                        _____
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**

1