UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
SHARON HAWKINS, derivatively on behalf of :
MEDAPPROACH, L.P. and individually, :
: 
                                Plaintiff, :    1:13-cv-5434 (ALC) (SDA)
    -against- :
:    **ORDER**
MEDAPPROACH HOLDINGS, INC., and W. :
BRADLEY DANIEL, :
                            Defendants, :
    -and- :
:
MEDAPPROACH, L.P., :
:
                    Nominal Defendant. :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

For the reasons stated in the Court's Conference on February 27, 2023 at 11:00 A.M, the Court finds for Defendants, and denies Plaintiffs all relief.

The Clerk of Court is respectfully directed to close the case on this docket.

**SO ORDERED.**

Dated:    New York, New York
            February 28, 2023

                                    _____
                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**